**MAYER BROWN LLP**
Dale J. Giali (SBN 150382)
dgiali@mayerbrown.com
Andrew Z. Edelstein (SBN 218023)
aedelstein@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:   (213) 229-9500
Facsimile:   (213) 625-0248

**MAYER BROWN LLP**
Carmine R. Zarlenga (*pro hac vice*)
czarlenga@mayerbrown.com
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone:   (202) 263-3000
Facsimile:   (202) 263-3300

Attorneys for Defendant
CALIFORNIA PIZZA KITCHEN, INC.
and NESTLE USA, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE SIMPSON, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA PIZZA KITCHEN, INC. and NESTLE USA, INC.,<br><br>Defendants. | Case No. 13CV0164 JLS JMA<br><br>Action Filed: January 21, 2013<br><br>**DEFENDANTS' NOTICE OF MOTION FOR RULE 11 SANCTIONS; PROOF OF SERVICE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DALE J. GIALI**<br><br>[Fed. R. Civ. P. 11]<br><br>Hearing Date: July 11, 2013<br>Hearing Time: 1:30 p.m.<br>Location: Courtroom 4A<br><br>Trial Date: None set |

DEFENDANTS' NOTICE OF MOTION FOR SANCTIONS
CASE NO. 13CV0164 JLS JMA

**PLEASE TAKE NOTICE THAT** on July 11, 2013, at 1:30 p.m., or as soon thereafter as this may be heard, in Courtroom 4A of this Court, located at 221 West Broadway, San Diego, California, before the Honorable Janis L. Sammartino, defendants California Pizza Kitchen, Inc. and Nestlé USA, Inc. will and hereby do move the Court for an order issuing sanctions against attorney Gregory Weston and The Weston Firm as follows: (i) a monetary sanction in the amount of $150,000 for presenting to the Court for filing the first amended complaint in this action (Dkt. #13), and (ii) striking the first amended complaint with prejudice. **PLEASE TAKE FURTHER NOTICE THAT** defendants also seek an award of fees in the amount of $50,000 in the event they are the prevailing parties on this motion, as reimbursement for the reasonable fees incurred on this motion.

Filing of this motion is in full compliance with Fed. R. Civ. P. 11(c)(2). This motion is filed only after the supporting papers were served on The Weston Firm and Gregory Weston and the 21-day safe harbor period of Fed. R. Civ. P. 11(c)(2) lapsed.  As the attached proof of service attests, the memorandum of points and authorities and the declaration of Dale Giali and accompanying exhibits supporting this motion were hand-served on The Weston Firm and Gregory Weston on April 11, 2013.  Moreover, as the e-mail attached directly after the proof of service attests, separate courtesy electronic delivery to Mr. Weston was made on the same day.  This motion also is served 55 days after defendants' motion to dismiss the initial complaint was served and filed, 53 days after defendants' initial Rule 11 motion was served, and 24 days after defendants' motion to dismiss the amended complaint was served and filed.

This motion is made pursuant to and in compliance with Fed. R. Civ. P. 11, and is based on the grounds that Gregory Weston and The Weston Firm filed an objectively baseless first amended complaint for an improper purpose.

This motion is based on this notice of motion, the accompanying memorandum of points and authorities, the accompanying declaration of Dale J. Giali, the separately filed renewed motion to dismiss (Dkt. #20-1), all pleadings and documents on file in this case, and on such other written and oral argument as may be presented to the Court.

DATED: May 6, 2013

MAYER BROWN LLP
Carmine R. Zarlenga
Dale J. Giali
Andrew Z. Edelstein


By: /s/ Dale J. Giali
    Dale J. Giali
Attorneys for Defendants CALIFORNIA PIZZA KITCHEN, INC. and NESTLE USA, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2013, I caused the foregoing **DEFENDANTS' MOTION FOR RULE 11 SANCTIONS AND DECLARATION OF DALE J. GIALI** and accompanying documents, to be **re-served** on plaintiff's counsel.  As the attached separate proof of service attests, the memorandum of points and authorities and declaration of Dale Giali, with exhibits, were initially hand-served on Gregory Weston and The Weston Firm on April 11, 2013.

DATED: May 6, 2013

MAYER BROWN LLP

By: /s/ Dale J. Giali
      Dale J. Giali
Attorney for Defendant
NESTLÉ USA, INC.

1

PROOF OF SERVICE OF DEFENDANTS' MOTION FOR SANCTIONS
CASE NO. 13CV0164 JLS JMA

## CORRECTED PROOF OF SERVICE

I, Michael Pfahler, declare:

I am employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is: 110 W. C Street, Suite 915, San Diego, CA 92101. On April 11, 2013, I served a copy of the within document(s):

    1. **DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RULE 11 SANCTIONS;**

    2. **DECLARATION OF DALE J. GIALI IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS UNDER FED.R.CIV.P. 11 (WITH EXHIBITS A-M).**

    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Gregory S. Weston
Jack Fitzgerald
Melanie Persinger
THE WESTON FIRM
1405 Moreno Blvd., Suite 201
San Diego, CA 92110

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 11, 2013, at ~~Los Angeles~~ San Diego, (SF) California.

Michael Pfahler
[Print name]

# Giali, Dale J.

| | |
|---|---|
| **From:** | Giali, Dale J. |
| **Sent:** | Thursday, April 11, 2013 5:17 PM |
| **To:** | Gregory S. Weston |
| **Cc:** | jack@westonfirm.com; Zarlenga, Carmine R.; Edelstein, Andrew |
| **Subject:** | Simpson v. Nestlé USA -- courtesy service of 2d Rule 11 motion |
| **Attachments:** | Simpson Rule 11 -- Ex. J Initial Rule 11 P&A.pdf; Simpson Rule 11 -- Ex. K Redline.pdf; Simpson Rule 11 -- Ex. L Updated - PoisonPizza.com - 4-3-13.pdf; Simpson Rule 11 -- Ex. M (Stouffers Sausage).pdf; Simpson Rule 11 -- Exs. A-I Rule 11.pdf; Simpson Rule 11 -- Giali Decl.pdf; Simpson Rule 11 -- P&As.pdf |

Mr. Weston –

I understand your office was hand served today with defendants' 2d Rule 11 motion.  Enclosed are courtesy e-copies of the papers.

**Dale J. Giali** | **M A Y E R • B R O W N**
350 South Grand Avenue | 25th Floor | Los Angeles, CA 90071
T: 213.229.9509 | F: 213.625.0248 | C: 714.402.3485 | dgiali@mayerbrown.com

1