1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| KATIE SIMPSON, on behalf of herself and all others similarly situated,<br><br>                                   Plaintiff,<br><br>     vs.<br><br>CALIFORNIA PIZZA KITCHEN, INC. and NESTLE USA, INC.,<br><br>                                   Defendants. | CASE NO. 13-CV-164 JLS (JMA)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 20) |
|---|---|

Presently before the Court is Defendants California Pizza Kitchen, Inc. and Nestle USA, Inc.'s ("Defendants") motion to dismiss.  (ECF No. 20.)  The hearing set for the motion on Thursday, June 6, 2013 is **HEREBY VACATED** and the matter is taken under submission without oral argument pursuant to Civil Local Rule 7.1.d.1.

**IT IS SO ORDERED**.

DATED:  May 31, 2013

Honorable Janis L. Sammartino
United States District Judge

- 1 -

13cv164