# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE SIMPSON, on behalf of herself and all others similarly situated,<br><br>                                    Plaintiff,<br><br>     vs.<br><br>CALIFORNIA PIZZA KITCHEN, INC. and NESTLE USA, INC.,<br><br>                                    Defendants. | CASE NO. 13-CV-164 JLS (JMA)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 21) |

Presently before the Court is Defendants California Pizza Kitchen, Inc. and Nestle USA, Inc.'s ("Defendants") motion for sanctions. (ECF No. 21.) The hearing set for the motion on <u>Thursday, July 11, 2013</u> is **HEREBY VACATED** and the matter is taken under submission without oral argument pursuant to Civil Local Rule 7.1.d.1.

**IT IS SO ORDERED**.

DATED: July 5, 2013

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge